IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD GLASPER and DOLLAREE GLASPER, | ) ) ) |
| Plaintiffs, | ) Case No.: 3:25-cv-2110 ) ) |
| v. | ) ) |
| RICHARD SCHWENKER, | ) ) |
| Defendant. | ) ) |

### NOTICE OF REMOVAL TO DISTRICT COURT

Comes now Defendant Richard Schwenker, by and through his attorneys, and requests the removal of the above captioned action from the Circuit Court of St. Clair County, State of Illinois, to the United States District Court for the Southern District of Illinois, pursuant to the provisions of U.S.C. Sections 1332 and 1441(a). In support of his request, Defendant states as follows:

1. Plaintiff commenced this action in the Circuit Court of St. Clair County, State of Illinois, on or about September 8, 2025, under the caption <u>Ronald Glasper and Dollaree Glasper v. Schwenker, Richard</u>, Cause No. 25LA1002.

2. Defendant Richard Schwenker hereby requests the removal of said action to the United States District Court for the Southern District of Illinois, based upon the existence of diversity of citizenship between Plaintiffs and Defendant pursuant to the diversity jurisdiction of this court and 28 U.S.C. Section 1332(a)(1).

3. The United States District Court for the Southern District of Illinois, is the Federal District Court embracing St. Clair County, State of Illinois, where this action is currently pending.

4. This is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a)(1), and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. Section 1441(a), in that:

   a. Plaintiffs Ronald Glasper and Dollaree Glasper are citizens and residents of Madison County, State of Illinois at the time of the occurrence described in Plaintiff's Petition, and continue to be and remain a residents of the State of Illinois up to and including the present times.

   b. Defendant Richard Schwenker was, at the time of the commencement of this action, and still is, a citizen and resident of the State of Iowa.

   c. The amount in controversy herein exceeds the sum of $75,000 exclusive of interest and costs as Plaintiff Ronald Glasper is claiming bodily injuries that include a fracture of a vertebrae and tendons in his arm with medical bills of $87,826.86. Plaintiff Dollaree Glasper is claiming bodily injuries that include neck strain with radiculopathy with $41,207.85 in medical bills being claimed. Plaintiffs' have made settlement demand of $500,000.00.

5. This Petition is filed pursuant to the provisions of 28 U.S.C. Sections 1444(a) and 1446 within 30 days after the receipt by Defendant Richard Schwenker of the initial pleadings setting forth the claim for relief upon which this action is based.

6. There are attached to this notice and incorporated hereby by reference, true and accurate copies of Plaintiffs' Complaint filed in St. Clair County Circuit Court.

WHEREFORE, Defendant Richard Schwenker requests that this case be removed from the Circuit Court of St. Clair County, State of Illinois to the United States District Court for the Southern District of Illinois.

James A. Wilke

STATE OF MISSOURI )
)ss
CITY OF ST. LOUIS )

  James A. Wilke, first being duly sworn upon his oath, states that he is the agent and attorney for Defendant, that he has read the foregoing Removal Petition and knows the contents thereof, and that the statements herein contained are true to the best of his knowledge, information and belief.

  IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 21st day of November, 2025.

_____
NOTARY PUBLIC

My Commission Expires:

K WARNECKE
Notary Public, Notary Seal
State of Missouri
Franklin County
Commission # 03421282
My Commission Expires 05-26-2026

WILKE & WILKE, P.C.

/s/ James A. Wilke
James A. Wilke #6276886
Julia E. Wilke #6333632
WILKE & WILKE, P.C.
Attorneys for Defendant
2708 Olive Street
St. Louis, Missouri 63103
314-371-0800
Fax: 314-371-0900
jwilke@wilkewilke.net
juliawilke@wilkewilke.net

## CERTIFICATE OF SERVICE

      I hereby certify that I signed the original of this document and that the signed original will be maintained for a period of time not less than the maximum time allowed to complete the appellate process. I hereby certify that on   11-21-25   the foregoing was filed electronically with the Clerk of Court to be served via email to the following:

Ellen Burford
Attorney at Law
2005 Johnson Road
Granite City, IL 62040
(618) 709-7727
Ellenburfordlaw@gmail.com
Attorney for Plaintiffs



JAW:ksw