IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ALIAS SUMMONS

Ronald Glasper and Dollaree Glasper,   Case No. 25LA1002

    Plaintiffs,   Date: October 30, 2025

vs.

Richard Schwenker,

    Defendant.

**DEFENDANT: Richard Schwenker, 17921 N. 85th Street, Maquoketa, Iowa 52060**

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the St. Clair County Circuit Clerk, at the St. Clair County Courthouse, #10 Public Square Belleville, Illinois 62220, Illinois 62025 within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

    Witness: KINNIS WILLIAMS, SR., Clerk of said Circuit Court and the seal thereof, at Belleville, Illinois, this _____ day of _____, 2025.

KINNIS WILLIAMS, SR.
Clerk of the Circuit Court
10/31/2025
By: _____Amanda Nelson_____
Deputy Clerk

KINNIS WILLIAMS, SR. Circuit Clerk

Plaintiff's Attorney:
Ellen Burford
2005 Johnson Road
Granite City, IL 62040

Date of Service: _____ 11 20 ____
(To be inserted by officer on the copy left with the defendant or other person)

1/10

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Cheri Johnson
2025LA001002
St. Clair County
9/8/2025 1:17 PM
34344387

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| RONALD GLASPER and<br>DOLLAREE GLASPER | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2025LA001002 |
| vs. | ) | |
| | ) | |
| SCHWENKER, RICHARD | ) | |
| | ) | |
| Defendants | ) | |

**COMPLAINT**

**COUNT I**

COMES NOW Plaintiff, Ronald Glasper, by and through his undersigned attorney, Ellen Burford of Burford Law Office, and in support of his cause of action against Defendant states as follows:

1. That at all times relevant hereto Plaintiff, Donald Glasper, was a resident and citizen of Madison, Madison County, Illinois

2. That the collision in question occurred in St. Clair County, Illinois.

2/10

3. That Defendant, Richard Schwenker, was operating his motor vehicle, in St. Clair County, Illinois at the time and place stated below resulting in the collision in question.

4. That on or about November 14, 2023, Plaintiff was operating his motor vehicle on the Illinois Route 4 in Mascoutah, Illinois, traveling north, and approaching the Illinois-64 East bound ramp.

5. That at the aforesaid time and place Defendant was also traveling on Illinois Route 4 in Mascoutah Illinois, traveling south, approaching the Illinois-64 East bound ramp.

6. That at the aforesaid time and place, plaintiff was legally travelling in the northbound lane.

7. That at the aforesaid time and place Defendant failed to yield and made a left hand turn in front of Plaintiff's vehicle.

8. That Defendant failed to yield or stop his vehicle and struck the front of Plaintiff's vehicle.

9. That Defendant struck the front of Plaintiff's vehicle, causing vehicle damage and injuring Plaintiff, causing him to seek medical care and treatment.

10. That Defendant owed a duty to Plaintiff, and others similarly situated, to operate and maintain the automobile under his control with due regard for the safety of Plaintiff and others similarly situated

11. That in violation and in breach of the aforesaid duty, Defendant committed one or more of the following negligent acts and/or omissions:

    (a) failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of Plaintiff;
    (b) drove his automobile in a reckless manner in violation of 625 ILCS 5/11-503;
    (c) drove his automobile at a speed which is greater than is reasonable and proper with regard to traffic conditions and the use of the highway, or endangers the safety of any person or property in violation of 625 ILCS 5/11-601;

    (d)    failed to obey a traffic control device in violation of 625 ILCS 5/11-305;
    (e)    failed to sound an audible horn warning in violation of 625 ILCS 5/11-601;
    (f)    failed to reduce speed to avoid colliding with other vehicles in violation of 625 ILCS 5/11-601;
    (h)    drove his vehicle at an unreasonable speed for the traffic conditions at the time in violation of 625 ILCS 5/11-601
    (i)    failed to yield to yield to oncoming traffic in violation of 625 ILCS 5/11-601.

12. That as a direct and proximate result of one or more of the above, Plaintiff sustained severe and permanent injuries when the vehicle which he was driving was struck by the vehicle under the operation and control of Richard Schwenker.

13. That Plaintiff experienced pain, and suffering which shall continue into the future.

14. That Plaintiff has incurred and shall continue to incur substantial medical bills in an effort to secure treatment for his injuries.

15. That the vehicle in which Plaintiff was driving was damaged thereby requiring repairs and a rental vehicle at great expense to Plaintiff and owner.

16. That Plaintiff was forced to expend hours of his time and to expend monies to secure substitute transportation.

17. That Plaintiff's injuries, pain and losses will very likely continue into the future.

18. That the proximate cause of the collision in question was the actions/inactions of Defendant.

19. As a result of said injuries, the plaintiff suffered severe and permanent injuries, suffered great pain and anguish, incurred substantial medical bills, lost enjoyment of life. In addition Plaintiff will in the future continue to, pain and suffering, loss of normal life, mental anguish, disability, disfigurement and medical expenses and will be restricted in the pursuit of his ordinary activities and affairs.

WHEREFORE Plaintiff, Ronald Glasper, prays for a judgment in his favor for an amount in excess of $50,000.00 and for costs of this action.

## COUNT II

COMES NOW Plaintiff, Dollaree Glasper, by and through her undersigned attorney, Ellen Burford of Burford Law Office, and in support of her cause of action against Defendant states as follows:

1. That at all times relevant hereto Plaintiff, Dollaree Glasper, was a resident and citizen of Madison, Madison County, Illinois.

2. That at all times relevant hereto Plaintiff, Ronald Glasper, was a resident and citizen of Madison, Madison County, Illinois.

3. That the collision in question occurred in St. Clair County, Illinois.

. 4.     That Defendant, Richard Schwenker, was operating his motor vehicle, in St. Clair County, Illinois at the time and place stated below resulting in the collision in question.

5.     That on or about November 14, 2023, Plaintiff Ronald Glasper was operating his motor vehicle on the Illinois Route 4 in Mascoutah, Illinois, traveling north, and approaching the Illinois-64 East bound ramp.

6.     That Plaintiff Dollaree Glasper was in the front passenger seat of the vehicle driven by Plaintiff Ronald Glasper.

7.     That at the aforesaid time and place Defendant was also traveling on Illinois Route 4 in Mascoutah Illinois, traveling south, approaching the Illinois-64 East bound ramp.

8.     That at the aforesaid time and place, plaintiff Dollaree Glasper was legally travelling in the northbound lane.

9.     That at the aforesaid time and place Defendant failed to yield and made a left hand turn in front of Plaintiff's vehicle.

10.    That Defendant failed to yield or stop his vehicle and struck the front of Plaintiff's vehicle.

11.    That Defendant struck the front of Plaintiff's vehicle, injuring Plaintiff, causing her to seek medical care and treatment.

12.    That Defendant owed a duty to Plaintiff, and others similarly situated, to operate and maintain the automobile under his control with due regard for the safety of Plaintiff and others similarly situated.

13.    That in violation and in breach of the aforesaid duty, Defendant committed one or more of the following negligent acts and/or omissions:

    (a)     failed to keep a proper lookout for other vehicles then and there rightfully upon said roadway and particularly the vehicle of Plaintiff;

6/10

(b) drove his automobile in a reckless manner in violation of 625 ILCS 5/11-503;
(c) drove his automobile at a speed which is greater than is reasonable and proper with regard to traffic conditions and the use of the highway, or endangers the safety of any person or property in violation of 625 ILCS 5/11-601;
(d) failed to obey a traffic control device in violation of 625 ILCS 5/11-305;
(e) failed to sound an audible horn warning in violation of 625 ILCS 5/11-601;
(f) failed to reduce speed to avoid colliding with other vehicles in violation of 625 ILCS 5/11-601;
(h) drove his vehicle at an unreasonable speed for the traffic conditions at the time in violation of 625 ILCS 5/11-601
(i) failed to yield to yield to oncoming traffic in violation of 625 ILCS 5/11-601.

14. That as a direct and proximate result of one or more of the above, Plaintiff sustained severe and permanent injuries when the vehicle which she was a passenger was struck by the vehicle under the operation and control of Richard Schwenker.

15. That Plaintiff experienced pain, and suffering which shall continue into the future.

16. That Plaintiff has incurred and shall continue to incur substantial medical bills in an effort to secure treatment for her injuries.

17. That Plaintiff's injuries, pain and losses will very likely continue into the future.

18. That the proximate cause of the collision in question was the actions/inactions of Defendant.

19. As a result of said injuries, the plaintiff suffered severe and permanent injuries, suffered great pain and anguish, incurred substantial medical bills, lost enjoyment of life. In addition Plaintiff will in the future continue to, pain and suffering, loss of normal life, mental anguish, disability, disfigurement and medical expenses and will be restricted in the pursuit of his ordinary activities and affairs.

WHEREFORE Plaintiff, Dollaree Glasper, prays for a judgment in her favor for an amount in excess of $50,000.00 and for costs of this action.

Respectfully Submitted,

/s/ Ellen Burford

Ellen R. Burford #06307693
2005 Johnson Road
Granite City, Illinois 62040
Phone: 618-709-7727
ellenburforlaw@gmail.com
*Counsel for Plaintiffs*

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Cheri Johnson
2025LA001002
St. Clair County
9/8/2025 1:17 PM
34344387

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| RONALD GLASPER and DOLLAREE GLASPER | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 25-LM- |
| SCHWENKER, RICHARD | ) ) ) |
| Defendants | ) ) |

## CERTIFICATE OF CASE VALUE

I, Ellen Burford, do hereby certify pursuant to the Supreme Court Rules that in my estimation based upon a review of the facts available the value of this action exceeds $50,000.00.

Respectfully Submitted,

BURFORD LAW OFFICE

BY: /s/ Ellen Burford
Ellen R. Burford, #6307693
2005 Johnson Road
Granite City, IL 62040
618-709-7727
ellenburfordlaw@gmail.com
*Attorney for Plaintiff*

9/10

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Cheri Johnson
2025LA001002
St. Clair County
9/8/2025 1:17 PM
34344387

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| RONALD GLASPER and DOLLAREE GLASPER | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 2025LA001002 ) |
| SCHWENKER, RICHARD | ) ) |
| Defendants | ) ) |

### ENTRY OF APPEARANCE

COMES NOW Ellen R. Burford of Burford Law Office and enters her appearance on behalf of Plaintiffs Ronald Glasper and Dollaree Glasper.

By  /s/ Ellen R. Burford
Ellen R. Burford #06307693
2005 Johnson Road
Granite City, Illinois 62040
Phone: 618-709-7727
ellenburfordlaw@gmail.com
*Attorney for Petitioner*

10/10