IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD GLASPER and DOLLAREE GLASPER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.:   3:25-cv-02110-MAB |
| v. | ) ) ) | |
| RICHARD SCHWENKER, | ) ) | DEFENDANT DEMANDS TRIAL BY JURY |
| Defendant. | ) ) | |

### **DEFENDANT RICHARD SCHWENKER'S ANSWER TO PLAINTIFF'S PETITION**

COMES NOW Defendant Richard Schwenker, by and through his attorneys, and for his Answer to Plaintiffs' Complaint hereby states as follows:

### **COUNT I**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Defendant does not contest that Ronald Glasper was legally in the northbound lane but denies the remainder of this Paragraph.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied, including all subparts thereof.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## **AFFIRMATIVE DEFENSES**

20. By way of further answer and defense, Defendant states that Plaintiff's recovery should be reduced in proportion to his own comparative fault and negligence which caused or contributed to cause any injuries he may have sustained. Plaintiff Ronald Glasper was negligent in one or more of the following ways:

    (a) Failing to keep a careful lookout;

    (b) Driving his motor vehicle at speed which was greater than was reasonable and proper in violation of 625 ILCS 5/11-601;

    (c) Failing to obey a traffic control device in violation of 625 ILCS 5/11-305;

    (d) Failing to reduce speed to avoid collision with another vehicle in violation of 625 ILCS 5/11-601; and

    (e) Failing to yield the right-of-way to traffic already legally in an intersection in violation of 625 ILCS 5/11-601.

WHEREFORE, having fully answered Count I of Plaintiffs' Complaint, Defendant Richard Schwenker prays to be dismissed hence, for his costs, and for any further such relief as the Court deems necessary and proper.

## **COUNT II**

COMES NOW Defendant Richard Schwenker, by and through his attorneys, and for his Answer to Count II of Plaintiffs' Complaint hereby states as follows:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied, including all subparts thereof.
14. Denied.
15. Denied.
16. Denied.
17. Denied.

18. Denied.

19. Denied.

WHEREFORE, having fully answered Count II of Plaintiffs' Complaint, Defendant Richard Schwenker prays to be dismissed hence, for his costs, and for any further such relief as the Court deems necessary and proper.

**DEFENDANT DEMANDS TRIAL BY JURY**

/s/ James A. Wilke
James A. Wilke #6276886
WILKE & WILKE, P.C.
Attorneys for Defendant
2708 Olive Street
St. Louis, Missouri 63103
Direct Dial: 314-533-3494
Fax: 314-371-0900
Jwilke@wilkewilke.net

**CERTIFICATE OF SERVICE**

I hereby certify that I signed the original of this document and that the signed original will be maintained for a period of time not less than the maximum time allowed to complete the appellate process. I hereby certify that on November 24, 2025 the foregoing was filed electronically with the Clerk of Court to be served via operation of the Court's electronic filing system upon the following:

Ellen Burford
Attorney at Law
2005 Johnson Road
Granite City, IL 62040
(618) 709-7727
Ellenburfordlaw@gmail.com
Attorney for Plaintiffs

/s/ James A. Wilke

JAW:ksw